UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| SHARON BLACKBURN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:19-cv-00673-AGF |
| | ) | |
| FEDEX GROUND PACKAGE SYSTEM, INC., et al., | ) ) ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on Plaintiff's motion (ECF No. 8) for leave to amend her complaint in order to substitute a non-diverse named party for the John Doe Defendant and to join an additional non-diverse Defendant, requiring remand of this case to state court for lack of subject matter jurisdiction. The removing Defendant, FedEx Ground Package System, Inc. has consented to Plaintiff's motion. ECF No. 12.

For the reasons stated in Plaintiff's motion, with the consent of Defendant, and pursuant to 28 U.S.C. § 1447(e),

**IT IS HEREBY ORDERED** that Plaintiff's motion for leave to amend her complaint is **GRANTED**. ECF No. 8. The Clerk of Court shall docket ECF No. 10 as Plaintiff's first amended complaint.

**IT IS FURTHER ORDERED** that this matter is **REMANDED** to the Circuit Court of Jefferson County, Missouri, in which it was filed, for lack of subject-matter jurisdiction.

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

Dated this 16th day of April, 2019.